IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR84 |
| | ) | |
| v. | ) | |
| | ) | |
| CHIWANDA AMMONS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to review detention (Filing No. 67). The Court has reviewed the motion, together with the government's response to said motion (Filing No. 69), and finds said motion should be denied. Accordingly,

IT IS ORDERED that defendant's motion to review detention is denied.

DATED this 28th day of March, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court