IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR84 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CHIWANDA L. AMMONS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of the defendant Chiwanda L. Ammons (Ammons) to review detention (Filing No. 71). Ammons is awaiting a dispositional hearing on allegations Ammons violated the conditions of his supervised release (Filing No. 57). The hearing is scheduled before Senior Judge Strom on May 2, 2008. Following Ammons's arrest on the supervised release violations, Ammons was detained pending a dispositional hearing (Filing No. 62). Subsequently, Ammons sought a review of the detention order, which was denied by Senior Judge Strom (Filing No. 70).

Ammons seeks release to Williams Prepared Place for treatment of a substance abuse (marihuana) dependence. The court held a hearing on the motion on April 21, 2008. Ammons was present with his counsel, Assistant Federal Public Defender Jessica P. Douglas. The United States was represented by Assistant U.S. Attorney Michael P. Norris. The court took judicial notice of the evaluation by Abintra Counseling Center and a proffer by the government that Ammons had been tested numerous times during his supervised release and tested negative for marihuana.

The court finds placement of Ammons at the Williams Prepared Place is unwarranted, both due to the time required for the treatment, the absence of restraints at the facility, and Ammons's conduct during his supervised release.

Ammons's motion to review detention (Filing No. 71) is denied.

**IT IS SO ORDERED.**

DATED this 21st day of April, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge