```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA


UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )         8:03CR84
                               )
       v.                      )
                               )
CHIWANDA AMMONS,               )         ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's motion to continue final hearing (Filing No. 76). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that final dispositional hearing on the petition for warrant or summons for offender under supervision (Filing No. 57) is rescheduled for:

**Friday, June 20, 2008, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 24th day of April, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District court