IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )         8:03CR84
                               )
       v.                      )
                               )
CHIWANDA AMMONS,               )         ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to continue hearing (Filing No. 78). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the final dispositional hearing on the petition for offender under supervision (Filing No. 57) is rescheduled for:

**Monday, July 7, 2008, at 9:30 a.m.**,

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 10th day of June, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court